# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:20 CR 540 MTS |
| ) | |
| BRANDON VANDOREN, ) | |
| ) | |
| Defendant. ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Dismiss for a Defect in the Indictment and Insufficient Facts to Establish a Carjacking in Violation of 18 U.S.C. § 2119. Doc. [120]. Pursuant to 28 U.S.C. § 636(b), the motion was referred to United States Magistrate Nannette A. Baker, who recommended that the motion be denied. No objections were filed.

As no objections were filed, I will adopt and sustain the Report and Recommendation filed by Judge Baker. I have independently reviewed her recommendation and agree there is no basis under the facts and the law to grant Defendant's Motion to Dismiss for a Defect in the Indictment and Insufficient Facts to Establish a Carjacking in Violation of 18 U.S.C. § 2119.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge, Doc. [143], is **SUSTAINED, ADOPTED**, and **INCORPORATED** herein, and Defendant's Motion to Dismiss for a Defect in the Indictment and Insufficient Facts to Establish a Carjacking in Violation of 18 U.S.C. § 2119, Doc. [120], is **DENIED.**

Dated this 15th day of December, 2022

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE